■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS MONTANEZ, Appellant. [598 NYS2d 520] —Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered May 8, 1991, after a jury trial, convicting defendant of criminal sale of a controlled substance in the third degree, and sentencing him to a term of 5 to 10 years, unanimously affirmed.

The trial court properly refused to instruct the jury with regard to an agency defense since no reasonable view of the evidence would warrant a finding that defendant acted as a mere instrumentality of the buyer in light of testimony which indicated he acted in concert with the distributor of the drugs *(see, People v Lam Lek Chong,* 45 NY2d 64, *cert denied* 439 US 935; *People v Rivera,* 184 AD2d 431, *lv denied* 80 NY2d 908). Similarly, there is no merit to defendant's contention that he was deprived of a fair trial when the arresting officer in this "buy and bust" operation testified to the drive-by confirmatory identification of defendant. Such testimony is permissible and not considered improper bolstering *(see, People v Gonzalez,* 172 AD2d 276, *lv denied* 77 NY2d 995). Concur—Rosenberger, J. P., Wallach, Ross, Kassal and Nardelli, JJ.